```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

United States of America

Criminal No. 13-cr-19-01-JD

v.

Sennen Chow


O R D E R

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Trial is continued to the two-week period beginning June 18, 2013, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.


SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date: April 30, 2013

cc: Behzad Mirhashem, Esq.
    Alfred J.T. Rubega, Esq.
    U.S. Marshal
    U.S. Probation