UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

     v.

<u>Sennen Chow</u>

Criminal No. 13-cr-19-01-JD

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 16) filed by defendant is granted; Trial is continued to the two-week period beginning August 20, 2013, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ *Joseph A. DiClerico, Jr.*
Joseph A. DiClerico, Jr.
United States District Judge

Date: July 12, 2013

cc:  Behzad Mirhashem, Esq.
     Alfred Rugeba, Esq.
     U.S. Marshal
     U.S. Probation